FIFTH DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

Case No. 5D23-2036
LT Case No. 2014-CF-3905

_____

LENARD ANDERSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Jeb T. Branham, Judge.

Lenard Anderson, Milton, pro se.

No Appearance for Appellee.


August 15, 2023

PER CURIAM.

    AFFIRMED.


EDWARDS, C.J., KILBANE, and MACIVER, JJ., concur.

———————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————————